**CR 16     516**

WMP:JPL
F. #2012R01716

**BLOCK, J.**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**ORENSTEIN, M.J.**

- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

NOTICE OF MOTION

- against -

JOHN DOE,

Defendant.

- - - - - - - - - - - - - - - - - -X

PLEASE TAKE NOTICE that the undersigned will move this Court, before a judge to be assigned, for leave to file an information upon the defendant JOHN DOE's waiver of indictment pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:  Brooklyn, New York
        September 27, 2016

ROBERT L. CAPERS
United States Attorney
Eastern District of New York
Attorney for Plaintiff
271 Cadman Plaza East
Brooklyn, New York 11201

By: _____
James P. Loonam
Assistant United States Attorney
(718) 254-7520

Cc:   Clerk of the Court
      Defense Counsel