UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

UNITED STATES OF AMERICA

    -against-                                                    Case No. 16-cr-516 (AMD)

OCH-ZIFF CAPITAL MANAGEMENT GROUP
LLC

------------------------------------------------------------------x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Lee G. Dunst of Gibson, Dunn & Crutcher LLP, an attorney admitted to practice in this Court, hereby enters his appearance in the above-captioned action as counsel for Och-Ziff Capital Management Group LLC.

Dated: New York, New York
        September 29, 2016

                                                   GIBSON, DUNN & CRUTCHER LLP

                                                   By:  */s/ Lee G. Dunst*
                                                         Lee G. Dunst

                                                   200 Park Avenue, 48th Floor
                                                   New York, New York 10166
                                                   Tel.: (212) 351-4000
                                                   ldunst@gibsondunn.com

                                                   *Attorneys for Och-Ziff Capital*
                                                   *Management Group LLC*