UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

UNITED STATES OF AMERICA


    -against-                               Case No. 16-cr-516 (AMD)


OCH-ZIFF CAPITAL MANAGEMENT GROUP
LLC



------------------------------------------------------------------x

## NOTICE OF APPEARANCE

      PLEASE TAKE NOTICE that Joel M. Cohen of Gibson, Dunn & Crutcher LLP, an

attorney admitted to practice in this Court, hereby enters his appearance in the above-captioned

action as counsel for Och-Ziff Capital Management Group LLC.


Dated:  New York, New York
         September 29, 2016


                                GIBSON, DUNN & CRUTCHER LLP

                                By:  */s/ Joel M. Cohen*
                                      Joel M. Cohen

                                  200 Park Avenue, 48th Floor
                                  New York, New York 10166
                                  Tel.: (212) 351-4000
                                  jcohen@gibsondunn.com

                                  *Attorneys for Och-Ziff Capital*
                                  *Management Group LLC*