U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 7, 2017

By ECF

The Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Och-Ziff Capital Management Group LLC
                Criminal Docket No. 16-516 (NGG)

Dear Judge Garaufis:

        The government respectfully submits this letter to notify the Court that the undersigned Assistant United States Attorney will no longer represent the government in this case. We request that the docket reflect this change.

                                        Respectfully submitted,

                                        BRIDGET ROHDE
                                        Acting United States Attorney

                  By:     /s/ James P. Loonam
                          James P. Loonam
                          Assistant U.S. Attorney
                          (718) 254-7520

cc:    Defense Counsel (by ECF)