UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| -against- | Case No. 16-cr-00516 (NGG) |
| OCH-ZIFF CAPITAL MANAGEMENT GROUP LLC, | |
| Defendant. | |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Anirudh Bansal, of Cahill Gordon & Reindel LLP, hereby enters his appearance as counsel for defendant Och-Ziff Capital Management Group LLC in the above-captioned action. I certify that I am admitted to practice before this Court.

Dated: August 3, 2018

Respectfully submitted,

/s/ Anirudh Bansal
Anirudh Bansal
abansal@cahill.com
CAHILL GORDON & REINDEL LLP
Eighty Pine Street
New York, New York 10005
Telephone: 212.701.3000
Facsimile: 212.269.5420