UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------x
                                                        :
United States of America                                :
                                                        :
        - against -                                     :
                                                        :   No. 1:16-CR-516 (NGG)
Och-Ziff Capital Management Group LLC,                   :
                                                        :
                        Defendant.                      :
                                                        :
-------------------------------------------------------x

## <u>MOTION TO WITHDRAW AS COUNSEL</u>

Under Local Crim. Rule 1.2 and Local Civil Rule 1.4, and upon the accompanying

declaration of Joel M. Cohen, Defendant Och-Ziff Capital Management Group LLC respectfully

moves this Court for an order permitting Gibson, Dunn & Crutcher LLP, including the below-

listed attorneys, to withdraw as counsel of record.

Dated:   New York, New York
         September 10, 2019

                              GIBSON, DUNN & CRUTCHER LLP

                              By: /s/ Joel M. Cohen
                                  Joel M. Cohen
                                  Mark K. Schonfeld
                                  Lee G. Dunst
                                  200 Park Avenue
                                  New York, NY  10166
                                  Telephone:  212.351.4000
                                  jcohen@gibsondunn.com

                                  F. Joseph Warin
                                  1050 Connecticut Ave. NW
                                  Washington, DC  20036
                                  Telephone:  202.955.8500

                              Attorneys for Defendant
                              Och-Ziff Capital Management Group LLC